*E. M. Harris,* for appellant.   *L. I. Burditt,* for respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Decree modified by charging executor with $12.50 and interest, with costs of appeal.

---

DANIEL M. HARRIS AND OTHERS, APPELLANTS, *v.* ISAAC WESSELS, IMPLEADED, ETC., RESPONDENT.

*Chattel mortgage — execution of, by party not evidence of his sole ownership in property mortgaged.*

This action was brought to recover the value of certain repairs made upon a canal boat, alleged to be the joint property of the defendants Wessels and Waggoner. The latter did not appear in the action. Upon the trial Wessels, to prove that Waggoner was the sole owner of the boat, offered in evidence two chattel mortgages executed by him, one to one Wells, and the other to Wessels himself, which were, upon the plaintiffs' objection, excluded.

*Held,* that their exclusion was proper: 1st. Because Waggoner's declarations were not admissible as against the plaintiff. 2d. Because the fact of the execution of the mortgage did not tend to show that Wessels was not a joint owner, as either one of two joint owners has the right and power lawfully to mortgage his interest, without the consent, concurrence or knowledge of the other.

APPEAL from a judgment of the County Court of Montgomery county, reversing a judgment of a justice of the peace, in favor of the plaintiffs.

*H. Clay Hall,* for appellants.   *R. B. Fish,* for respondent.

Opinion *per Curiam.*

Present — LEARNED, P. J., BOARDMAN and BOOKES, JJ.

Judgment of the County Court reversed, and that of justice affirmed, with costs.